United States District Court
Southern District of Texas

**ENTERED**

July 20, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **VICTOR M VILLATORO LAINEZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01262** |
| | § | |
| **MARKWAYNE MULLINS,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## <u>ORDER</u>

Pending before the Court is Petitioner Villatoro Lainez Mauricio Victor's ("Petitioner") Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Complaint for Declaratory and Injunctive Relief, (Dkt. 1), Motion for Temporary Restraining Order and Preliminary Injunction, (Dkts. 2, 3), Motion to Expedite Proceedings, (Dkt. 4).

Having reviewed the filings, Petitioner's Motion to Expedite Proceedings, (Dkt. 4), is **GRANTED IN PART**. Accordingly, Respondents are hereby **ORDERED** to show cause and submit a response to the Habeas Petition, (Dkts. 1, 2, 3), and serve it on Petitioner no later than **July 24, 2026,** which is between the three-to-twenty-day time period contemplated by 28 U.S.C. § 2243. The Court advises the Respondents that if no response is received, the Court may treat the petition as unopposed. Petitioner is **ORDERED** to submit a reply to Respondents Response on or before **July 28, 2026**.

The Clerk of Court is **DIRECTED** to e-mail a copy of the Petition, (Dkt. 1), and this Order to the following email addresses: usatxs.civilnotice@usdoj.gov and Lance.Duke@usdoj.gov.

Additionally, it is further ordered that Respondents must notify Petitioner's counsel and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days beforehand** and then inform the Court **IMMEDIATELY** after any transfer or removal occurs.

IT IS SO ORDERED.

SIGNED this July 20, 2026.

Diana Saldaña
United States District Judge